1  F. MCCLURE WALLACE
   NEVADA STATE BAR NO. 12043
2  mcclure@wallacemillsap.com
   PATRICK R. MILLSAP
3  NEVADA STATE BAR NO.12043
   WALLACE & MILLSAP
4  patrick@wallacemillsap.com
   510 W. Plumb Ln., Ste A
5  Reno, NV 89509
   Telephone    775.683.9599
6
   Attorneys for Plaintiff,
7  GEOTEMPS, INC.

8  DAVID A. ASTENGO
   NEVADA STATE BAR NO. 11045
9  dastengo@selmanlaw.com
   SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
10 33 New Montgomery, Suite 1850
   San Francisco, CA 94105-4537
11 Telephone:    415.979.0400

12 PAMELA A. MCKAY
   NEVADA STATE BAR NO 7812
13 pmckay@mckaylawfirmchtd.com
   MCKAY LAW FIRM CHTD.
14 8440 West Lake Mead Blvd., Suite 112
   Las Vegas, NV 89128
15 Telephone:    702-835-6956
   Facsimile:    702-835-6957
16 Designated for Nevada Service
   (Per L.R. IA 11-1(b)(2))
17
   Attorneys for Defendant,
18 EVEREST NATIONAL INSURANCE COMPANY

19

20                    UNITED STATES DISTRICT COURT

21                          DISTRICT OF NEVADA

22  GEOTEMPS, INC.,                    | Case No. 3:23-cv-00640-LRH-CSD

23           Plaintiff,                | **GEOTEMPS, INC.'S AND EVEREST NATIONAL INSURANCE COMPANY'S JOINT STIPULATION TO DISMISS EVEREST GROUP, LTD. AND [PROPOSED] ORDER**

24       v.

25  EVEREST NATIONAL INSURANCE
    COMPANY; EVEREST GROUP, LTD.;
26  DOES I-X; and ROES A-Z,

27           Defendants.

28

                                    1

1  Whereas, it is hereby stipulated by and between Plaintiff GEOTEMPS, INC. ("Geotemps")
2  and Defendant EVEREST NATIONAL INSURANCE COMPANY ("Everest National"), through
3  their respective attorneys of record, that Geotemps' First Amended Complaint brought against
4  Everest Group, Ltd., shall be dismissed without prejudice pursuant to Federal Rule of Civil
5  Procedure 41(a)(2). Whereas, Everest Group, Ltd., has not been served with the Complaint or
6  First Amended Complaint in the above-captioned action nor otherwise appeared in the action.
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Selman Leichenger Edson
Hsu Newman & Moore LLP
ATTORNEYS AT LAW

Whereas, it is hereby stipulated and agreed by and between Geotemps and Everest National that upon the Court signing the Order dismissing Everest Group, Ltd. pursuant hereto, that the caption of the above-referenced action is amended so that Everest Group Ltd. is no longer identified as a defendant and no pleading will reflect Everest Group, Ltd. is a party to the action.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: February 20, 2024              WALLACE & MILLSAP

By: */s/ Patrick R. Millsap           /*
    PATRICK R. MILLSAP
    Attorneys For Plaintiff GEOTEMPS, INC.

DATED:  February 20, 2024             SELMAN LEICHENGER EDSON
                                      HSU NEWMAN & MOORE LLC

BY: */s/ David A. Astengo*
    DAVID A. ASTENGO
    Attorneys for Defendant,
    EVEREST NATIONAL INSURANCE
    COMPANY

## ORDER

**IT IS SO ORDERED** that Plaintiff's First Amended Complaint as to defendant Everest Group. Ltd. in the instant matter, Case No. 3:23-cv-00640-LRH-CSD, is dismissed without prejudice.  Upon the date of the Court signing this Order, the caption of the instant matter is amended so that Everest Group, Ltd. is no longer identified as a defendant and pleadings will no longer reflect that Everest Group, Ltd. remains a party to the matter.

DATED: _____, 2024    _____

                                **UNITED STATES DISTRICT COURT JUDGE**

Selman Leichenger Edson
Hsu Newman & Moore LLP
ATTORNEYS AT LAW

3062 104517 4890-1650-7043 .v1

**CERTIFICATE OF SERVICE**

I certify that on this 20th day of February, 2024, a true and correct copy of GEOTEMPS, INC.'S AND EVEREST NATIONAL INSURANCE COMPANY'S JOINT STIPULATION TO DIMSISS EVEREST GROUP LTD. was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

*/s/Pamela Smith*
PAMELA SMITH
An Employee of Selman Leichenger Edson
Hsu Newman Moore LLP