Selman Leichenger Edson
Hsu Newman & Moore LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEOTEMPS, INC., | Case No. 3:23-cv-00640-LRH-CSD |
| Plaintiff, | **ORDER GRANTING GEOTEMPS, INC.'S AND EVEREST NATIONAL INSURANCE COMPANY'S JOINT STIPULATION TO DISMISS EVEREST GROUP, LTD.** |
| v. | |
| EVEREST NATIONAL INSURANCE COMPANY; EVEREST GROUP, LTD.; DOES I-X; and ROES A-Z, | |
| Defendants. | |

1

1  Whereas, it is hereby stipulated by and between Plaintiff GEOTEMPS, INC. ("Geotemps")
2  and Defendant EVEREST NATIONAL INSURANCE COMPANY ("Everest National"), through
3  their respective attorneys of record, that Geotemps' First Amended Complaint brought against
4  Everest Group, Ltd., shall be dismissed without prejudice pursuant to Federal Rule of Civil
5  Procedure 41(a)(2). Whereas, Everest Group, Ltd., has not been served with the Complaint or
6  First Amended Complaint in the above-captioned action nor otherwise appeared in the action.
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Selman Leichenger Edson Hsu Newman & Moore LLP
ATTORNEYS AT LAW

3062 104517 4890-1650-7043 .v1

Whereas, it is hereby stipulated and agreed by and between Geotemps and Everest National that upon the Court signing the Order dismissing Everest Group, Ltd. pursuant hereto, that the caption of the above-referenced action is amended so that Everest Group Ltd. is no longer identified as a defendant and no pleading will reflect Everest Group, Ltd. is a party to the action.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: February 20, 2024          WALLACE & MILLSAP

By: */s/ Patrick R. Millsap          /*
    PATRICK R. MILLSAP
    Attorneys For Plaintiff GEOTEMPS, INC.

DATED:  February 20, 2024         SELMAN LEICHENGER EDSON
                                  HSU NEWMAN & MOORE LLC

BY: */s/ David A. Astengo*
    DAVID A. ASTENGO
    Attorneys for Defendant,
    EVEREST NATIONAL INSURANCE
    COMPANY

## **ORDER**

IT IS SO ORDERED that Plaintiff's First Amended Complaint as to defendant Everest Group. Ltd. in the instant matter, Case No. 3:23-cv-00640-LRH-CSD, is dismissed without prejudice. Upon the date of the Court signing this Order, the caption of the instant matter is amended so that Everest Group, Ltd. is no longer identified as a defendant and pleadings will no longer reflect that Everest Group, Ltd. remains a party to the matter.

IT IS SO ORDERED.

DATED this 21st day of February, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Selman Leichenger Edson
Hsu Newman & Moore LLP
ATTORNEYS AT LAW

3062 104517 4890-1650-7043 .v1