F. McClure Wallace
Nevada Bar No.: 10264
Patrick R. Millsap
Nevada Bar No.: 12043
Wallace & Millsap
510 W Plumb Ln., Ste. A
Reno, Nevada 89509
(775) 683-9599
mcclure@wallacemillsap.com
patrick@wallacemillsap.com
*Attorneys for GEOTEMPS, INC.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

GEOTEMPS, INC.

                    Plaintiff,

vs.

EVEREST NATIONAL INSURANCE
COMPANY; DOES I-X; and ROES A-Z

                    Defendants.

Case No.:    3:23-CV-00640-ART-CSD

## STIPULATION TO DISMISS FIRST AMENDED COMPLAINT WITH PREJUDICE

COMES NOW Plaintiff Geotemps, Inc. ("Geotemps"), by and through its Counsel, the law firm of Wallace & Millsap and voluntarily dismisses its First Amended Complaint against Defendant Everest National Insurance Company in this action with prejudice.

By and through this Stipulation, the Parties agree to bear their own attorneys fees and costs. Accordingly, the Stipulating Parties submit to the Court this Stipulation and the Plaintiff's dismissal of its First Amended Complaint with prejudice conclude this matter in full.

Page 1 of 2

*Wallace & Millsap*
510 W. Plumb Lane, Suite A, Reno, NV 89509
(775) 683-9599

IT IS SO STIPULATED:

DATED this ___29th____ day of October 2025.

**WALLACE & MILLSAP**

By: /s/ *Patrick R. Millsap*_____ .
Patrick R. Millsap, Esq.
McClure F. Wallace, Esq.
Counsel for Plaintiff, Geotemps, Inc.

DATED this ___29th____ day of October 2025.

**SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP**

By: /.s/*David A. Astgeno*_____ .
David A. Astengo, Esq.
Counsel for Defendant
Everest National Insurance
Company

**IT IS SO ORDERED**

Dated: _____          _____

                                     Hon. _____

Wallace & Millsap
510 W. Plumb Lane, Suite A, Reno, NV 89509
(775) 683-9599