UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEOTEMPS, INC. | | |
| | Plaintiff, | Case No.:   3:23-CV-00640-ART-CSD |
| vs. | | |
| EVEREST NATIONAL INSURANCE COMPANY; DOES I-X; and ROES A-Z | | **ORDER GRANTING** |
| | Defendants. | |

### STIPULATION TO DISMISS FIRST AMENDED COMPLAINT WITH PREJUDICE

COMES NOW Plaintiff Geotemps, Inc. ("Geotemps"), by and through its Counsel, the law firm of Wallace & Millsap and voluntarily dismisses its First Amended Complaint against Defendant Everest National Insurance Company in this action with prejudice.

By and through this Stipulation, the Parties agree to bear their own attorneys fees and costs. Accordingly, the Stipulating Parties submit to the Court this Stipulation and the Plaintiff's dismissal of its First Amended Complaint with prejudice conclude this matter in full.

IT IS SO STIPULATED:

DATED this __29th__ day of October 2025.

                                              **WALLACE & MILLSAP**

                                      By: /s/ *Patrick R. Millsap*
                                              Patrick R. Millsap, Esq.
                                              McClure F. Wallace, Esq.
                                              Counsel for Plaintiff, Geotemps, Inc.

DATED this __29th__ day of October 2025.

                                              **SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP**

                                      By: /s/*David A. Astgeno*
                                              David A. Astengo, Esq.
                                              Counsel for Defendant
                                              Everest National Insurance Company

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: October 30, 2025